PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2023

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Elijah Blue Zon | Case Number: 0980 2:19CR00072-RHW-1 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: January 29, 2020 | Type of Supervision: Supervised Release |
| Original Offense: Possession of an Unregistered Short-Barrel Firearm, 26 U.S.C. §§ 5841, 5861(d), 5871 Possession with the Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | Date Supervision Commenced: August 26, 2021 |
| Original Sentence: Prison - 36 Months; TSR - 60 Months | Date Supervision Expires: August 25, 2026 |

## NONCOMPLIANCE SUMMARY

On August 26, 2021, Mr. Elijah Zon signed his conditions relative to case number 2:19CR00072-RHW-1, indicating he understood all conditions as ordered by the Court.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: Mr. Zon is alleged to have violated standard condition number 3 by traveling to the District of Montana, on or about October 27, 2023, without the permission of the U.S. probation officer.

Specifically, on October 24, 2023, the client attempted on multiple occasions to contact the undersigned officer telephonically, despite the undersigned officer being out of the office on approved leave and unavailable for contact. The undersigned officer's voice mail message disclosed this information and directed calling parties to contact the U.S. Probation Office. Mr. Zon then sent a text message to the undersigned officer, again while the undersigned officer was unavailable, indicating his intent to travel to the District of Montana, on October 27 through 29, 2023.

On October 31, 2023, the undersigned officer contacted Mr. Zon in response to his text message, to which Mr. Zon confirmed that he had traveled out of district. Mr. Zon was confronted as to his having not received approval from the undersigned officer, and he admitted to not listening to this officer's voice mail, indicating he assumed that this officer would have responded if any concern existed.

Prob12A
Re: Zon, Elijah Blue
November 6, 2023
Page 2

    2    **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

        **Supporting Evidence**: Mr. Zon is alleged to have violated standard condition number 8 by having ongoing and regular contact during the month of October 2023 with a party known to him to be on federal supervision and to be a convicted felon.

        Specifically, on October 24, 2023, the client attempted on multiple occasions to contact the undersigned officer telephonically, despite the undersigned officer being out of the office on approved leave and unavailable for contact. The undersigned officer's voice mail message disclosed this information and directed calling parties to contact the U.S. Probation Office. Mr. Zon then sent a text message to the undersigned officer, again while the undersigned officer was unavailable, indicating his intent to travel to the District of Montana, on October 27 through 29, 2023, with a party also under the jurisdiction of the U.S. Probation Office.

        On October 31, 2023, the undersigned officer contacted Mr. Zon in response to his text message, to which Mr. Zon confirmed that he had traveled out of district with the party in question. Mr. Zon further admitted that he was aware of the party's previous federal conviction and her status on federal supervised release, indicating he had been in a relationship with her for approximately the last month. Mr. Zon was confronted as to his having not received approval from the undersigned officer to have contact with the party, given her history, which he acknowledged that he should have. Mr. Zon further admitted to not listening to this officer's voice mail message, indicating that the undersigned officer was not available for contact.

**U.S. Probation Officer Action**:

In response to the client's admitted out of district travel and regular and ongoing contact with a party known to him to have a felony record, without approval, Mr. Zon was reprimanded for his impulsive behavior and prevalent thinking errors. Mr. Zon was further informed that the Court would be made aware of the transgression and the undersigned officer worked with the client utilizing evidence-based cognitive techniques and practices aimed at allowing the client to personally identify the potential consequences of his behaviors. Mr. Zon admitted having engaged in numerous thinking errors and to becoming complacent, having not listened to this officer's voice mail advising of this officer's unavailability.

To Mr. Zon's credit, he did attempt to notify the undersigned officer about his conduct, but realizes now that he should have waited for officer approval and should have taken action to advise the U.S. Probation Office as to his relationship with a known felon in a much more proactive and judicious manner. Mr. Zon currently resides in clean and sober housing in Spokane, and is employed part time. It should be noted that Mr. Zon's conduct, as outlined herein, would constitute his first alleged violation in over 2 years of supervised release.

It is hoped the intermediate sanction imposed meets the expectations of the Court. Please advise the undersigned officer if Your Honor requires a different course of action or a court appearance by Mr. Zon.

Prob12A
**Re: Zon, Elijah Blue**
**November 6, 2023**
**Page 3**

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Executed On: | November 6, 2023 |
|  | s/Chris Heinen |
|  | Chris Heinen<br>U.S. Probation Officer<br>Date:  November 6, 2023 |

[X]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

_____
Signature of Judicial Officer

         11/6/2023
_____
Date